# UNITED STATES DISTRICT COURT

_____Middle_____ DISTRICT OF _____Alabama, Northern Division_____

JACK A. CLARKE

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: *2:06cv508-D*

CHARTER COMMUNICATIONS, INC.

        TO:   Charter Communications, Inc.
               % CSC Lawyers Incorporating Services, Inc.
               150 South Perry St.
               Montgomery, AL 36104

      **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

M. Wayne Sabel
Maricia Woodham
Mark Sabel
Sabel & Sabel, PC
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, Alabama 36106

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable time period after service.

_____*Debra P. Hackett*_____       _____6/8/06_____
CLERK                               DATE

(BY) DEPUTY CLERK