| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*<br>Garrett Bamman | B. Date of Delivery<br>06/09 |
| | C. Signature<br>X *[signature]* | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Charter Communications, Inc.<br>% CSC Lawyers Incorporating Services, Inc.<br>150 South Perry St.<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>er delivery address below: ☑ No<br><br>*06 cv 508-D*<br>*SFC* | |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt ~~for Merchandise~~<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |

2. Article Number *(Copy from service label)*  7000 1670 0013 7664 965

PS Form 3811, July 1999      Domestic Return Receipt      102595-99-M-1789