IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JACK A. CLARKE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION NO. 2:06cv508-ID |
| v. ) | |
| ) | |
| **CHARTER COMMUNICATIONS,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

It is CONSIDERED and ORDERED that the pretrial hearing presently set on June 19, 2007, is hereby reset on **Monday, June 18, 2007, at 12:00 p.m. in chambers B-300, United States Courthouse Complex, One Church Street, Montgomery, Alabama.**

Done this 9th day of May, 2007.

                                      /s/ Ira DeMent
                                      SENIOR UNITED STATES DISTRICT JUDGE