IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JACK A. CLARKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-cv-00508-ID-DRB |
| | ) | |
| CHARTER COMMUNICATIONS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW plaintiff Jack Clarke and defendant Charter Communications, LLC, misidentified as "Charter Communications, Inc." in the Complaint and Jury Demand, and pursuant to Federal Rule of Civil Procedure 41(a)(1), respectfully move this Court for the entry of an Order dismissing plaintiff's Complaint and Jury Demand in its entirety, with prejudice, and with costs taxed as paid. As grounds therefor, the parties submit that this action has been resolved to the satisfaction of all parties.

                                          Respectfully submitted,

                                          s/M. Wayne Sabel
                                          Mark W. Sabel
                                          Maricia Woodham
                                          Attorneys for Plaintiff

**OF COUNSEL:**

Sabel & Sabel
Hillwood Office Center
2800 Zelda Rd., Ste. 100-5
Montgomery, AL  36106-0000

                                            s/ Gordon L. Blair
                                            David L. Warren, Jr.
                                            Attorneys for Defendant,
                                            Charter Communications, LLC

**OF COUNSEL:**

Ogletree, Deakins, Nash,
   Smoak & Stewart, PC
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203-2118