# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: Clarke v. Charter Communications, Inc.**

**Case Number: 2:06-cv-00508-ID-TFM**

**Referenced Pleading: Order - Doc. 13**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**