IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACK A. CLARKE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:06cv508-ID |
| v. | ) |
| | ) |
| CHARTER COMMUNICATIONS, INC., | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Upon CONSIDERATION of the joint stipulation of dismissal, filed on May 9, 2007 (Doc. No. 14), and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is ORDERED that the above-styled cause be and the same is hereby DISMISSED with prejudice, with costs taxed as paid.

Done this 10th day of May, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE